**FILED**

April 12, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,        )
                                 )
              Plaintiff,          )          Case No. 2:13-mj-00115-EFB
                                 )
v.                               )
                                 )          ORDER FOR RELEASE OF
ANDREA LYNN TURNER,              )          PERSON IN CUSTODY
                                 )
              Defendant.          )
_____ )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANDREA LYNN TURNER, Case No. 2:13-mj-

00115-EFB from custody subject to the conditions contained in the attached "Notice to Defendant

Being Released" and for the following reasons:

_____   Release on Personal Recognizance

_X__   Bail Posted in the Sum of: $50,000.00.

        _X_   Co-Signed Unsecured Appearance Bond

        _____   Secured Appearance Bond

        _X_   (Other) Conditions as stated on the record.

        _____   (Other)

This release order is not effective until the date defendant has signed and understands the attached

"Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   4/12/2013   at   2:50pm.

By _____

Edmund F. Brennan
United States Magistrate Judge